IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CARLOS LOYA-RODRIGUEZ,<br><br>　　　　　　Defendant. | 8:24CR63<br><br><br>**ORDER** |

　　　　This matter is before the Court on the defendant's Unopposed Restricted Motion (Filing No. 22). For reasons set out in the motion, the currently scheduled jury trial will be rescheduled.

　　　　IT IS ORDERED that the Unopposed Restricted Motion (Filing No. 22) is granted as follows:

1.　　　　The jury trial now set for October 28, 2024, is continued to **January 6, 2025.**

2.　　　　In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 6, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

　　　　Dated the 16th day of October 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge